UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS FARIS VALENZUELA,

    Plaintiff,

v.

CASE NO: 6:20-cv-124-ORL-37GJK

CENTRAL FLORIDA REGIONAL
HOSPITAL, INC., and
MEDICREDIT, INC.,

    Defendants.

___

**DEFENDANTS' NOTICE OF REMOVAL**

    Defendants, Central Florida Regional Hospital, Inc. ("CFRH") and Medicredit, Inc. ("Medicredit") (collectively "Defendants"), hereby file their Notice of Removal of the above-captioned case to this Court and, and in support of removal, respectfully state as follows:

    1.    Defendants are named as defendants in Case No. 2019-SC-040378-O, filed in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida (the "State Court"), styled *Luis Faris Valenzuela v. Central Florida Regional Hospital, Inc. and Medicredit, Inc.* (the "State Court Action").

    2.    Plaintiff filed his Statement of Claim (the "Complaint") in the State Court Action on or about December 10, 2019, and Defendants each received a copy of the Complaint December 26, 2019.

    3.    In the Complaint in the State Court Action, Plaintiff brings four counts: two for alleged violations of 15 U.S.C. §§ 1692, *et seq.* (the "FDCPA"); and two for alleged violations of §§ 559.55, *et seq.* (the "FCCPA").

4.   Any civil action is removable if the plaintiff could have originally brought the action in federal court. *See* 28 U.S.C. § 1441(a).

5.   Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over Plaintiff's claims based, in part, on alleged violations of the FDCPA.

6.   Accordingly, pursuant to 28 U.S.C. § 1441(a), Defendants have the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

7.   Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b) because the U.S. District Court for the Middle District of Florida is the federal judicial district embracing the County Court of the Ninth Judicial Circuit in and for Orange County, Florida where the State Court Action was originally filed. And pursuant to Local Rule 4.02, the Orlando Division is the division encompassing Orange County, Florida.

8.   By this Notice of Removal, Defendants do not waive any defenses, jurisdictional or otherwise, which it may possess. Defendants also do not concede that Plaintiff has stated a claim against them.

9.   Contemporaneous with the filing of this Notice of Removal in this Court, Defendants have filed and served their Notice of Filing of Notice of Removal with the State Court.

10.   Pursuant to Local Rule 4.02(b) & (c) and 28 U.S.C. § 1446(a), Defendants attach to this Notice a copy of all process, pleading, orders, and other papers or exhibits of every kind currently on file in the State Court Action. *See* **Exhibit 1**, attached hereto. There are no motions pending in the State Court Action.

WHEREFORE, in accordance with the authorities set forth above, Defendants hereby remove this action from the County Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.

Dated: January 24, 2020

Respectfully submitted,

*s/ Scott A. Richards*
Scott A. Richards
Florida Bar No. 72657
CARLTON FIELDS, P.A.
200 South Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 244-8226
Facsimile: (407) 648-9099
Email: SRichards@carltonfields.com

*Attorneys for Central Florida Regional Hospital, Inc. and Medicredit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 24, 2020**, I served the foregoing via the Court's CM/ECF system and U.S. Mail, First Class, to:

N. James Turner
Debt Relief Law Center
100 S. Bumby Ave.
Orlando, FL 32803

*s/ Scott A. Richards*
Scott A. Richards